Counsel appear on the following page

JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE FOLCK, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>COVENTRY HEALTH CARE, INC., COVENTRY HEALTH CARE WORKERS COMPENSATION, INC. CONCENTRA INTEGRATED SERVICES, INC. and DOES 1-10, INCLUSIVE,<br><br>Defendants. | CASE NO. CV09-05775-JST (SHx)<br><br>**ORDER OF DISMISSAL**<br><br>Trial Date: April 5, 2011 at 8:00 a.m. |

| | |
|---|---|
| 1 | NICHOLS KASTER, LLP |
| | Matthew C. Helland, CA State Bar No. 250451 |
| 2 | helland@nka.com |
| | One Embarcadero Center, Suite 720 |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 277-7235 |
| 4 | Facsimile: (415) 277-7238 |
| 5 | NICHOLS KASTER, PLLP |
| | Paul J. Lukas, MN State Bar No. 22084X |
| 6 | lukas@nka.com |
| | (admitted *pro hac vice*) |
| 7 | Robert L. Schug, CA State Bar No. 249640 |
| | rschug@nka.com |
| 8 | 4600 IDS Center |
| | 80 South Eighth Street |
| 9 | Minneapolis, Minnesota 55402 |
| | Telephone: (612) 256-3200 |
| 10 | Facsimile: (612) 215-6870 |
| 11 | ERVIN, COHEN & JESSUP LLP |
| | Eric W. Cheung, CA State Bar No. 235008 |
| 12 | echeung@ecjlaw.com |
| | 9401 Wilshire Boulevard, Ninth Floor |
| 13 | Beverly Hills, California 90212-2974 |
| | Telephone: (310) 273-6333 |
| 14 | Facsimile: (310) 859-2325 |
| 15 | Attorneys for Individual and Representative Plaintiff |
| 16 | STUART D. TOCHNER, State Bar No. 123756 |
| | stuart.tochner@ogletreedeakins.com |
| 17 | KRISTEN M. AGNEW, State Bar No. 247656 |
| | kristen.agnew@ogletreedeakins.com |
| 18 | OGLETREE, DEAKINS, NASH, |
| | SMOAK & STEWART, P.C. |
| 19 | 633 West Fifth Street, 53rd Floor |
| | Los Angeles, California 90071 |
| 20 | Telephone:  (213) 239-9800 |
| | Facsimile:   (213) 239-9045 |
| 21 | TRACY A. MILLER (*Pro Hac Vice* – AZ Bar No. 015920) |
| 22 | tracy.miller@ogletreedeakins.com |
| | CAROLINE LARSEN (*Pro Hac Vice* – AZ Bar No. 022547) |
| 23 | caroline.larsen@ogletreedeakins.com |
| | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 24 | 2415 East Camelback Road, Suite 800 |
| | Phoenix, Arizona 85016 |
| 25 | Telephone:  (602) 778-3700 |
| | Facsimile:   (602) 778-3750 |
| 26 | |
| | Attorneys for Defendants |
| 27 | |
| 28 | |

-2-   CASE NO. CV09-05775-JST (SHx)
ORDER OF DISMISSAL

9739546.1 (OGLETREE)

1

## **ORDER**

2   Good cause appearing and pursuant to the stipulation of the parties, IT IS
3   HEREBY ORDERED that the above-referenced matter is dismissed in its entirety
4   with prejudice pursuant to FRCP 41(a)(1).

5

6   DATED: February 2, 2011

7

8
9                                    By:  JOSEPHINE STATON TUCKER
                                          Hon. Josephine Staton Tucker
                                          United States District Court
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                   -3-                    CASE NO. CV09-05775-JST (SHx)
                              ORDER OF DISMISSAL

9739546.1 (OGLETREE)